IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3116 |
| | ) | |
| V. | ) | |
| | ) | |
| HUGO GALAVIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion to seal (filing 41) and motion to file objections to the presentence report out of time (filing 41) are granted.

DATED this 27th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge