IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3116 |
| | ) | |
| V. | ) | |
| | ) | **AMENDED** |
| HUGO GALAVIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the plaintiff's motion to file objections to the presentence report out of time **(filing 41)** and motion to seal **(filing 43)** are granted. Filing no. 44 is rescinded.

DATED this 31st day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge