IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3116 |
| | ) | |
| v. | ) | |
| | ) | |
| HUGO GALAVIZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED that the government's objections (filing 46) will be resolved at a two-hour evidentiary hearing, with sentencing to follow, and that the previously scheduled hearing and sentencing on June 15, 2011 will start at **11:00 a.m.**

DATED this 1st day of June, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge