AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)                   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

District of Nebraska

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Hugo Galaviz | ) |
| | ) Case No: 4:10CR3116 |
| | ) USM No: 23845-047 |
| Date of Original Judgment: 06/20/2011 | ) |
| Date of Previous Amended Judgment: 12/21/2012 | ) Jessica L. Milburn |
| *(Use Date of Last Amended Judgment if Any)* | ) *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of     121     months **is reduced to**     97 months                            .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated     12/21/2012     shall remain in effect.
**IT IS SO ORDERED**.

Order Date:     08/28/2015                              s/ Richard G. Kopf
                                                    *Judge's signature*

Effective Date:     11/01/2015                         Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                        *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)         Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

Hugo Galaviz

DEFENDANT: _____

CASE NUMBER: __4:10CR3116__

DISTRICT: _____District of Nebraska_____

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level: __30__          Amended Total Offense Level: __28__

Criminal History Category: __III__           Criminal History Category: __III__

Previous Guideline Range: __120__ to __151__ months   Amended Guideline Range: __97__ to __121__ months

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

[✓] The reduced sentence is within the amended guideline range.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing nos. 112 and 113 are granted as provided herein.