AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Hugo Galaviz | ) | Case No: 4:10CR3116 |
| | ) | USM No: 23845-047 |
| Date of Original Judgment: 06/20/2011 | ) | |
| Date of Previous Amended Judgment: 12/21/2012 | ) | Jessica L. Milburn |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

AMENDED **ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of    121    months **is reduced to**    97 months as to Count I only. The sentence as to Count IV remains at 120 months concurrent.

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated    12/21/2012    shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 10/27/2015            s/ Richard G. Kopf
                                                          *Judge's signature*

Effective Date: 11/01/2015          Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                           *Printed name and title*

AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Hugo Galaviz
CASE NUMBER: 4:10CR3116
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | | |
|---|---|---|
| Previous Total Offense Level: 30 | Amended Total Offense Level: 28 | |
| Criminal History Category: III | Criminal History Category: III | |
| Previous Guideline Range: 120 to 151 months | Amended Guideline Range: 97 to 121 months | |

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 112 and 113 are granted as provided herein.